FILED: July 17, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4325
(3:15-cr-00007-MOC-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

QUANTRELL DION REID

      Defendant - Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to withdraw counsel's previously filed motion to withdraw as counsel, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk